UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN JAY, II, | 1:10-cv-00072-SMS (PC) |
| Plaintiff, | ORDER DIRECTING COLLECTION OF INMATE FILING FEE |
| v. | (Doc. 4) |
| FRESNO COUNTY JAIL, et al., | |
| Defendants. | |
| _____/ | |

To the Sheriff of the Fresno County Sheriff's Department, Fresno County Jail, Attn: Financial, 1225 "M" Street, Fresno, CA 93721:

Plaintiff, an inmate proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The Fresno County Jail is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

///

///

///

1     In accordance with the above and good cause appearing therefore, IT IS HEREBY
2 ORDERED that:
3     1. The Sheriff of the Fresno County Sheriff's Department, Fresno County Jail, or her
4 designee shall collect payments from plaintiff's jail trust account in an amount equal to twenty per
5 cent (20%) of the preceding month's income credited to the inmate's trust account and shall forward
6 those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in
7 accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to
8 the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to
9 this action.
10     2. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in
11 forma pauperis affidavit on the Sheriff, Fresno County Sheriff's Department, Fresno County Jail,
12 1225 "M" Street, Fresno, CA 93721.
13     3. The Clerk of the Court is directed to serve a copy of this order on the Financial
14 Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

**Dated:    January 22, 2010**          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE